# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/15/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 10:08:32 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:** 2013-25166

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 64522074

**DUE** 5/5/2015            **ATTORNEY** 00791938

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 3/6/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 4/6/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:** YES ☐ NO ☒ **IMAGED FILED:** YES ☒ NO ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
    **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

CAUSE NO.: <u>2013-25166</u>

| | | |
|---|---|---|
| RHR PARTNERS, LLC,<br>　　PLAINTIFF | §<br>§<br>§ | IN THE JUDICIAL COURT |
| VS | §<br>§<br>§ | 215th JUDICIAL DISTRICT |
| THE ARENA GROUP, L.P.,<br>　　DEFENDANT. | §<br>§<br>§ | HARRIS COUNTY, TEXS |

---

### PLAINTIFF'S NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **RHR PARTNERS, LLC,** and files this its Notice of Appeal in the above styled cause of action.

1.  The trial court is the 215th Judicial District Court, Harris County, Texas; Cause No. 2013-25166; RHR PARTNERS, LLC, PLAINTIFF VS THE ARENA GROUP, L.P., DEFENDANT.

2.  The court's summary judgment final order was signed on March 6, 2015.

3.  The Plaintiff, RHR PARTNERS, LLC, desires to appeal the decision of the trial court.

4.  The appeal is to either the First or Fourteen Court of Appeals.

5.  The name of the party filing this notice of appeal is RHR PARTNERS, LLC.

Respectfully,

Timothy L Williams, MBA, JD
TBN: <u>00791938</u>
TL Williams & Associates
11811 North Freeway, Suite 212
Houston, Texas 77060
713.504.1882 – Office Telephone
Email: twilliams.nhcs@yahoo.com
Attorney for Plaintiff, RHR PARTNERS, LLC

1

## CERTIFICATE OF SERVICE

This will verify that a true and correct copy of the above and foregoing documents were served pursuant to Rule 21a of the Texas Rules of Civil Procedure on the 6th day of April, 2015 via United States Certified Mail, returned receipt requested to:

Timothy L Williams, MBA, JD

Tracy M. Fink
State Bar Number: 24055887
720 North Post Oak Rd., Ste. 500
Houston TX 77024
*Attorney for the Arena Group, L.P.*

CAUSE NO 2013-25166

| | | |
|---|---|---|
| RHR PARTNERS, LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| vs | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| THE ARENA GROUP, L P | § | |
| | § | 215TH JUDICIAL DISTRICT |
| Defendant | § | |
| | § | |

## ORDER GRANTING
### DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR ATTORNEYS FEES PURSUANT TO TEX R CIV P §13 & TEX CIV PRAC & REM CODE ANN §§ 10 001- 005, OR IN THE ALTERNATIVE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO TEX R CIV P § 166a(1)

After considering The Arena Group, L P's ("Defendant") Motion to Dismiss and Request for Attorneys Fees Pursuant to Tex R Civ P § 13 & Tex Civ Prac & Rem Code Ann §§ 10 001 - 005, or in the alternative Defendant's Motion for Summary Judgment Pursuant to Tex R Civ P § 166s(1), the response, the pleadings, and arguments of counsel, the Court makes the following rulings

**IT IS ORDERED**

_____ Defendant's Motion to Dismiss is GRANTED

___X___ Defendant's Motion for Summary Judgment Pursuant to Tex R Civ P 166a(1) is GRANTED

**IT IS FURTHER ORDERED**

_____ Defendant is awarded the cost of its reasonable attorneys fees in the amount of $_____, pursuant to Tex R Civ P § 13 because the pleading(s) filed by Plaintiff in this case were

_____ groundless and brought in bad faith, and/or

_____ groundless and brought for the purpose of harassment


_____ Defendant is awarded the cost of its reasonable attorneys fees in the amount

of $_____, pursuant to Tex Civ Prac & Rem Code Ann §§ 10 001- 005,

because the pleading(s) filed by Plaintiff in this case lacked a reasonable basis in fact or

law


SIGNED ON \_\_\_\_March 6\_\_\_\_\_, 2015

PRESIDING JUDGE

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 16, 2015(C1)
INT6510                  CIVIL CASE INTAKE               OPT: _____  -  INT
                       GENERAL PARTY INQUIRY             PAGE:   1 -    3

CASE NUM: 201325166__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: RHR PARTNERS GROUPS (DBA GOTHAM P VS THE ARENA GROUP L P
==============================================================================
                       **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00008-0001 AGT        ARENA GROUP GP INC BY SERVING
_     00007-0001 DEF        ARENA GROUP GP INC
_     00006-0001 DEF        WELCH, ANTHONY
_     00005-0001 AGT        ARENA GROUP LP BY SERVING ITS
_     00021-0001 IVD        BOXER PROPERTY MANAGEMENT CORP  D
_     00020-0001 IVD        ARENA GROUP GP INC
_     00019-0001 IVD        ARENA GROUP L P
_     00018-0001 IVD        WELCH, ANTHONY INDIVIDDUALLY A   D

==> (24) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 16, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                       GENERAL PARTY INQUIRY            PAGE:   2 -    3

CASE NUM: 201325166__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: RHR PARTNERS GROUPS (DBA GOTHAM P VS THE ARENA GROUP L P
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00017-0001 IVP 24027772 RON DISTRIBUTORS INC D/B/A QBR    RENSIMER, JAM
_     00016-0001 IVD          RHR PARTNERS LLC D/B/A GOTHAM   D
_     00015-0001 IVP 24027772 HOWARD, TREY                     RENSIMER, JAM
_     00006-0003 IVP 24027722 WELCH, ANTHONY                   PAZ, DANIEL
_     00006-0002 IVP 24027772 WELCH, ANTHONY                   RENSIMER, JAM
_     00004-0001 IVP 24027772 HOWARD, TREY, RON DISTRIBUTORS   RENSIMER, JAM
_     00001-0002 IVD 00791938 RHR PARTNERS GROUPS (DBA GOTHA   WILLIAMS, TIM
_     00014-0001 DEF          RHR PARTNERS LLC

==> (24) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 16, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____  -  INT
                        GENERAL PARTY INQUIRY             PAGE:   3 -    3

CASE NUM: 201325166__  PJN> __  TRANS NUM: _____  CURRENT COURT: 215 PUB? _
CASE TYPE: BREACH OF CONTRACT            CASE STATUS: DISPOSED (FINAL)
STYLE: RHR PARTNERS GROUPS (DBA GOTHAM P VS THE ARENA GROUP L P
===============================================================================
                       **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                           STAT
_     00013-0001 DEF         ASHBY, LEE (GENERAL MANAGER)
_     00012-0001 DEF 17360340 ROBINSON, RICHARD            D   RUBIN, STEPHA
_     00011-0001 DEF 17360340 RAYMOND, RICHARD             D   RUBIN, STEPHA
_     00010-0001 DEF         RHR PARTNERS LLC (D/B/A GOTHAM
_     00009-0001 PLT 24027772 HOWARD TREY RON DISTRIBUTORS I    RENSIMER, JAM
_     00003-0001 AGT         ARENA GROUP L P (A TEXAS CORPO
_     00002-0001 DEF 24055887 THE ARENA GROUP L P          D   FINK, TRACY M
_     00001-0001 PLT 00791938 RHR PARTNERS GROUPS (DBA GOTHA    WILLIAMS, TIM

==> (24) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201325166__  PJN> __  TRANS NUM: _____  CURRENT COURT: 215 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: RHR PARTNERS GROUPS (DBA GOTHAM P VS THE ARENA GROUP L P
=============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00013-0001 DEF        ASHBY, LEE (GENERAL MANAGER)
_     00012-0001 DEF 17360340 ROBINSON, RICHARD          D   RUBIN, STEPHA
_     00011-0001 DEF 17360340 RAYMOND, RICHARD           D   RUBIN, STEPHA
_     00010-0001 DEF        RHR PARTNERS LLC (D/B/A GOTHAM
_     00009-0001 PLT 24027772 HOWARD TREY RON DISTRIBUTORS I   RENSIMER, JAM
_     00003-0001 AGT        ARENA GROUP L P (A TEXAS CORPO
_     00002-0001 DEF 24055887 THE ARENA GROUP L P        D   FINK, TRACY M
_     00001-0001 PLT 00791938 RHR PARTNERS GROUPS (DBA GOTHA   WILLIAMS, TIM

==> * END OF DISPLAY *
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP